08cr04 order
10/31/08
FILED
2008 OCT 31 P 2:46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER LAMONT SHERMAN<br>Defendant. | CRIMINAL ACTION NO.<br>3:08CR00004 (JCH)<br><br>OCTOBER 31, 2008 |

## ORDER

The Clerk is directed to return the attached letter to the defendant. Defendant is not permitted to file papers pro se when represented by an attorney. Further, corresponding with the court by letter, ex parte, is not permitted.

Copies of this letter are to be served on the United States of America and defendant's attorney. Defendant's attorney is ordered to confer [confirm] with his client and answer any questions his client may have about this Order.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 31st day of October, 2008.

/s/ Janet C. Hall, USDJ
Janet C. Hall
United States District Court

RECEIVED
2008 OCT 29 P 12:55
CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

To: the Honorable Judge Hall

Your Honor I wrote my lawyer on three different occassions asking him to file my motion. I finally got mail from him on October 24, 2008 saying he put in my motion but he really just jumped in other peoples motion. I didn't want that I wanted my motion filed separately and to mention certain topics. Like when I was in court and I asked the prosecuter what was the difference between the two indictments he said their both the same, so I said why are you superseded us then and he said "because it would have been a security risk to have us all in court together." When Dante Cobb went to court the Honorable Judge Fitzsimmons asked the prosecuter was there any differences in the first and second indictments and he said "no your Honor it's all the same". Now I hear he saying he separated the indictment because he says its two different — Conspiraces.

This is new to me because like I said he told me and all the lawyers that it was the same case. If you listen to the court transcripts from our dates you'll see he openly admit that nothing changed. If he wanted to separate us for trial all he had to do was file a motion under Rule 14 to sever the defendants. Instead he went back to the Grand Jury and superseded us on the same charges which is a violation of our rights. I asked my lawyer to come and see me and he still hasn't come yet. I have alot of questions to ask him like were is the new evidence, can they use the same drugs from the Glover case against us. I need to know since were not connected to Glover anymore. I didn't get a new discovery, so what are they using the old evidence from the Glover case. Im asking because Im wondering were the 50 grams are coming from. First it was one big conspiracy now two please don't let them pull the blinders

over your eyes. Please your Honor can you make sure we get a fair trial.

Thank You
God Bless

Sincerely,

Chris Sherman